COMMONWEALTH of Pennsylvania, Respondent

v.

**Riley BANKS, Petitioner**

**No. 193 EAL 2017**

Supreme Court of Pennsylvania.

September 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.